**Motion Denied and Order filed February 20, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00838-CV

_____

### IN THE MATTER OF THE MARRIAGE OF GARY STEVEN ACKLEN, II AND SANDRA EDWARDS ACKLEN

**On Appeal from County Court at Law No. 1
Galveston County, Texas
Trial Court Cause No. 15-FD-2341**

## ORDER

The reporter's record in this case was originally due November 6, 2019. *See* Tex. R. App. P. 35.1. This court granted the court reporter's last request for extension of time to file the record until February 3, 2020. The court reporter, Lynnette Erksine, was informed that no further extension would be entertained absent exceptional circumstances. On February 3, 2020, the court reported filed a request for extension of time until March 15, 2020. The court **DENIES** the request and issues the following order.

We order Lynnette Erksine, the court reporter, to file the record in this appeal **within 10 days of the date of this order.** The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If Lynnette Erksine does not timely file the record as ordered, the Court may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Spain.